# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Infinite Services & Solutions, Inc. ) ASBCA No. 60934
)
Under Contract No. W52P1J-13-G-0067 )

APPEARANCE FOR THE APPELLANT:  Mr. Khary Lewis
      Chairman & CEO

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
      Army Chief Trial Attorney
      MAJ Stephen P. Smith, JA
      Trial Attorney

## ORDER OF DISMISSAL

The present appeal arises from a contracting officer's final decision asserting a government monetary claim for alleged overpayments under the captioned contract. The docketed appeal was filed by counsel who represented appellant during proceedings. Upon withdrawing his representation, counsel advised that Mr. Khary Lewis, Chairman & CEO of Infinite Services & Solutions, Inc., would represent appellant and provided his last known mailing address.

By Order dated April 13, 2018, the Board directed Mr. Lewis to enter his written notice of appearance in the appeal or, alternatively, appellant to designate a person meeting the criteria of Board Rule 15(a). The Order was mailed to the address provided by appellant's prior counsel. After receiving no response, the Board issued a second Order, dated May 14, 2018, directing appellant to show that it was represented in this appeal by a person who meets the criteria of Board Rule 15(a) or to designate a proper person as its representative. Appellant was advised that if it did not comply with the May 14 Order, the Board may dismiss the appeal without further notice to the parties. The response was due by May 28, 2018. The May 14 Order was sent via certified mail and email.

To date, no response has been received to the Board's April 13 and May 14 Orders. Since the Board cannot proceed without a representative meeting the requirements of Board Rule 15(a), this appeal is dismissed.

Dated: June 11, 2018

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60934, Appeal of Infinite Services & Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2